IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURIE IRENE GANDER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 20-300 |

## ORDER

**AND NOW**, this 29th day of June, 2020, for the reasons contained in the Court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 11) is **DENIED**.

**BY THE COURT**:

 /s/ *Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge